**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Hager                        CHAPTER 13

                 Debtor(s)

                                            BKY. NO. 19-15849 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORP. and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/ *Rebecca Solarz*
                                             Rebecca Solarz
                                             24 Feb 2021, 16:27:54, EST

                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322